UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

GARMONYOU D. WILES,                      CIVIL ACTION NO. 1:20-CV-0953-P
Petitioner


VERSUS                                   JUDGE DAVID C. JOSEPH


DEPARTMENT OF                            MAG. JUDGE PEREZ-MONTES
HOMELAND SECURITY,
Respondent


## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate

Judge previously filed herein (ECF No. 4), noting the absence of objection thereto,

and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is

hereby DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS DONE AND SIGNED in Chambers, this 28th day of September, 2020.


_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE